UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**David Tom**, *individually and on behalf of all others similarly situated,*

        **Plaintiff,**

v.                                                                           Case No: 6:24-cv-00417-JSS-LHP

**Lead Genesis Partners, LLC**

        **Defendant.**

_____

**Notice of Pendency of Other Actions**

In accordance with Local Rule 1.07, on behalf of Defendant Lead Genesis Partners, LLC I certify that the instant action:

_____  IS            related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____
_____
_____
_____

___X___ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated:  April 1, 2024

DATED:  April 1, 2024                             Respectfully submitted,

                                     **MARK MIGDAL & HAYDEN**
                                     80 S.W. 8th Street, Suite 1999
                                     Miami, Florida 33130
                                     Telephone: 305-374-0440

                                   By: *s/ Yaniv Adar*
                                       Yaniv Adar, Esq.
                                       Florida Bar No. 63804
                                       yaniv@markmigdal.com
                                       Josh A. Migdal, Esq.
                                       Florida Bar No. 19136
                                       josh@markmigdal.com
                                       eservice@markmigdal.com

                                     *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing document (including any attached exhibits and documents) electronically on the Court's CM/ECF docket on April 1, 2024, which served same electronically upon all counsel of record.

                                          *s/ Yaniv Adar*
                                         Yaniv Adar, Esq.
                                         Florida Bar No. 63804