IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| DAVID TOM, individually and on behalf of all others similarly situated, | Case No. 6:24-cv-00417-JSS-LHP |
| Plaintiff, | |
| v. | **CLASS ACTION** |
| LEAD GENESIS PARTNERS, LLC, | |
| Defendant. | |

## NOTICE OF RESOLUTION

Plaintiff David Tom ("Plaintiff"), for himself and on behalf of Defendant Lead Genesis Partners, LLC (individually "Defendant" and together with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter, on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal of Plaintiff's individual claim(s) against Defendant in this matter will be filed in the next sixty (60) days. In the meantime, the Parties respectfully request that the Court vacate any and all pending deadlines (including Defendant's responsive pleading deadline) and stay the case, and that the Court retain jurisdiction and not dismiss the matter at this time.

Dated: May 2, 2024	Respectfully submitted,

By: /s/ Avi R. Kaufman
Avi R. Kaufman
kaufman@kaufmanpa.com
**KAUFMAN P.A.**
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881
*Counsel for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing was served on all Parties and their counsel of record through the Court's CM/ECF filing system on May 2, 2024.

.

By: /s/ Avi R. Kaufman